O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JASON ANTOINE RODRIGUEZ,     )     Case No. CV 11-4128-VBF (RNB)

               Petitioner,   )     ORDER ACCEPTING FINDINGS

     vs.              )     AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

M. BITER,

               Respondent.  )

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, the records on file herein, the Report and Recommendation of the United States Magistrate Judge, respondent's Objections to the Report and Recommendation, and petitioner's response thereto. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting a conditional writ of habeas corpus as follows: Unless petitioner is brought to retrial within sixty (60) days of the date the Judgment herein becomes final (plus any

1  additional delay authorized under State law), respondent shall discharge petitioner

2  from all adverse consequences of his conviction in Ventura County Superior Court

3  Case No. 2007020088.

4

5  DATED:  May 13, 2013

6  VALERIE BAKER FAIRBANK
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28