FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANTOINE RODRIGUEZ,<br><br>   Petitioner,<br><br>vs.<br><br>M. BITER,<br><br>   Respondent. | Case No. CV 11-4128-VBF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that a conditional writ of habeas corpus is granted as follows: Unless petitioner is brought to retrial within sixty (60) days of the date this Judgment becomes final (plus any additional delay authorized under State law), respondent shall discharge petitioner from all adverse consequences of his conviction in Ventura County Superior Court Case No. 2007020088.

DATED: May 13, 2013

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE